[No. 14726-2-II.   Division Two.   September 28, 1993.]

DAVID J. RIGNEY, ET AL, *Appellants*, v. DONNA R. RIGNEY,
ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Thur-
ston County, No. 90-2-00575-2, Paula Casey, J., entered

January 23, 1991. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Alexander, C.J., and Seinfeld, J.